**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

In re:                                                              Case No. 16-05515 MCF
MYRIAM S. CRUZ MELENDEZ                          Chapter 13

Debtor (s)
_____/

**MOTION TO WITHDRAW**

DEBTOR(s), by and through the undersigned attorney inform and request to and from this Honorable Court the following:

1. On 7/14/2017 Debtors filed with this Honorable Court Doc # 42.

2. On 7/14/2017 Debtors filed with this Honorable Court Doc # 43.

3. Today, Debtors very respectfully request the withdrawal of documents # 42 & 43.

**RESPECFULLY SUBMITTED**

In San Juan, Puerto Rico this 20th day of October 2017

**/s/ Jesus E. Batista Sanchez, Esq.**
The Batista Law Group, PSC
Jesus E. Batista Sanchez No. 227014
Attorney for Debtors
421 Ave. Luis Muñoz Rivera
Suite 901
San Juan, P.R.  00918
Telephone: (787) 303-0325
Facsimile: (787) 777-1589
E-mail: jesus.batista@batistalawgroup.com